IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>**RICHARD BROWN ROSS, III,**<br>Defendant | NO. 5: 10-MJ-07-02 (CWH)<br><br>**VIOLATIONS: Obstruction Related** |

## ORDER CONTINUING TRIAL

This matter is before the Court on defense counsel's motion to continue this case to the next regular Macon term of court. Counsel advises the court that additional time is needed in this case because his client has failed to respond to both telephonic and written instructions to meet with counsel; counsel needs additional time to investigate the allegations against his client and to prepare for trial. This case has not been previously continued. The Court finds that the motion should be granted.

Accordingly, IT IS HEREBY ORDERED that the above-referenced matter be CONTINUED until reached on the next regular scheduled trial calendar in the Macon Division of this district, and that the Speedy Trial Act deadline for the trial in this matter imposed by 18 U.S.C. § 3161 (c)(1) be extended to the completion of that trial term.

It is the Court's finding, pursuant to 18 U.S.C. § 3161 (h)(7)(A), that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant to a speedy trial because the failure to grant such continuance could result in a miscarriage of justice under 18 U.S.C. § 3161 (h)(7)(B)(i), and the failure to grant such continuance would deny counsel for the defendant reasonable time necessary for effective preparation, even accounting for due diligence, under 18 U.S.C. § 3161 (h)(7)(B)(iv).

SO ORDERED AND DIRECTED, this 9th day of SEPTEMBER, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE